UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY BENDER,

    Plaintiff,

    v.

SEAGATE TECHNOLOGIES, et al.,

    Defendants.
_____/

No. C 09-1533 PJH

**NOTICE AND ORDER**

PLEASE TAKE NOTICE that because of conflicts in the court's schedule, the date for the hearing on defendant Seagate Technologies' motion to dismiss, previously set for October 21, 2009, has been CONTINUED to Wednesday, December 2, 2009, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge