```
 1  David N. Kuhn - State Bar No. 73389
    Attorney-at-Law
 2  144 Hagar Avenue
    Piedmont, CA 94611
 3  Telephone:(510)653-4983
    E-mail: dnkuhn@pacbell.net
 4  Attorney for plaintiff Gregory Bender
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-01533 PJH |
|                Plaintiff, | ) ORDER RE: STIPULATION TO |
| vs. | ) RESCHEDULE INITIAL CASE |
| | ) MANAGEMENT CONFERENCE |
| SEAGATE TECHNOLOGIES, a Delaware limited liability company, and WESTERN DIGITAL CORPORATION, a Delaware corporation, | ) |
|                Defendants. | ) |

    Plaintiff Gregory Bender and Specially Appearing Defendant Seagate Technology, LLC ("Seagate"), through counsel, having stipulated and requested the Court to reschedule the initial case management conference to a date after Seagate's pending motion to dismiss to be heard on December 2, 2009, and

    Good cause appearing;

    The initial case management conference is rescheduled for January 28, 2010, at 11:00 a.m.

Page 1

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE