1  David N. Kuhn - State Bar No. 73389
   Attorney-at-Law
2  144 Hagar Avenue
   Piedmont, CA 94611
3  Telephone:(510)653-4983
   E-mail: dnkuhn@pacbell.net
4  Attorney for plaintiff Gregory Bender

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
   GREGORY BENDER,                ) Case No. C 09-01533 PJH
11                                )   **AMENDED**
                         Plaintiff, ) ORDER RE: STIPULATION TO
12 vs.                            ) RESCHEDULE INITIAL CASE
                                  ) MANAGEMENT CONFERENCE
13 SEAGATE TECHNOLOGIES, a        )
   Delaware limited liability     )
14 company, and WESTERN DIGITAL   )
   CORPORATION, a Delaware        )
15 corporation,                   )
                                  )
16                   Defendants.  )

17

18     Plaintiff Gregory Bender and Specially Appearing Defendant

19 Seagate Technology, LLC ("Seagate"), through counsel, having

20 stipulated and requested the Court to reschedule the initial case

21 management conference to a date after Seagate's pending motion to

22 dismiss to be heard on December 2, 2009, and

23     Good cause appearing;

24     The initial case management conference is rescheduled for
                              2:00 P.M.
25 January 28, 2010, at ~~11:00 a.m.~~

26

1   11/16/09

2   SO ORDERED.

