UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** December 2, 2009                                **JUDGE:** Phyllis J. Hamilton

**Case No:** C-09-1533 PJH

**Case Name:** Gregory Bender v. Seagate Technologies, et al.

**Attorney(s) for Plaintiff:**       David N. Kuhn
**Attorney(s) for Defendant:**    Stephen C. Holmes; Terence P. Woodsome

**Deputy Clerk**: Nichole Heuerman            **Court Reporter**: Raynee Mercado

**PROCEEDINGS**

    Defendant Seagate Technology LLC's Motion to Dismiss-GRANTED as stated on the record. Defense counsel shall prepare order for the court's signature.

    The court informs defense counsel that the footnotes in the brief he submitted to the court does not comply with the local rules regarding footnotes. Any further briefs that do not comply with the local rules will be stricken.

**Order to be prepared by:**   [] Pl [x] Def  [] Court

**Notes:**

**cc:** chambers