| | |
|---|---|
| 1 | DEWEY & LEBOEUF LLP |
| 2 | Barbara A. Caulfield (bcaulfield@dl.com) SBN 108999<br>Michael J. Malecek (mmalecek@dl.com) SBN 171034 |
| 3 | Stephen C. Holmes (sholmes@dl.com) SBN 200727<br>Terence P. Woodsome (twoodsome@dl.com) SBN 240908 |
| 4 | 1950 University Avenue, Suite 500<br>East Palo Alto, California 94303 |
| 5 | Telephone:  (650) 845-7000<br>Facsimile:   (650) 845-7333 |
| 6 | *Attorneys for Specially Appearing Defendant* |
| 7 | *Seagate Technology LLC* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| GREGORY BENDER,<br>                    Plaintiff,<br>v.<br>SEAGATE TECHNOLOGIES, a Delaware limited liability company, and<br>WESTERN DIGITAL CORPORATION, a Delaware corporation,<br>                    Defendants. | Case No. C09-01533-PJH<br><br>**[PROPOSED] ORDER GRANTING SEAGATE'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(5) AND 4(m) FOR FAILURE TO SERVE DEFENDANT**<br><br>Date:    December 2, 2009<br>Time:   9:00 a.m.<br>Judge:  Hon. Phyllis J. Hamilton<br>Court:   Courtroom 3, 3rd Floor |

**[~~PROPOSED~~] ORDER**

The motion to dismiss Plaintiff Gregory Bender's Complaint brought by Specially Appearing Defendant Seagate Technology LLC ("Seagate") pursuant to Federal Rules of Civil Procedure 12(b)(5) and 4(m) for Failure to Serve Defendant, came on regularly for hearing before the Court on December 2, 2009.

The Court, having considered the papers in support of and in opposition to the motion, and having heard the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

Seagate's motion to dismiss is GRANTED.  Accordingly, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

Dated:  12/3/09                              By: _____
                                              The Honorable Phyllis J. Hamilton
                                              United States District Judge

